**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ROGER HETMAN and KIMBERLY
HETMAN,

    Plaintiffs,

vs.                                    Case No.:   3:14-cv-1242-J-32MCR

FUDGE BUCKETS, LLC, a Florida
limited liability company, MICHELLE
EASTON, an Individual and GARY
EASTON, an Individual,

    Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO CONDUCT COUNSEL CONFERENCE
AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to this Court's Track Notice and FLSA Scheduling Order [D. E. 6], Plaintiffs ROGER HETMAN and KIMBERLY HETMAN respectfully request an extension of time, up to and including March 23, 2015, for counsel to meet and confer in person, and in support thereof states:

    1.    Pursuant to this Court's Track Notice and FLSA Scheduling Order, the parties are required to meet in person to confer in a good faith effort to settle all pending issues on or before March 9, 2015. *See* [D.E. 6].

    2.    On February 27, 2015, Plaintiffs' counsel filed a Motion to Conduct Counsel Conference Telephonically, which Motion was denied by the Court on March 3, 2015. *See* [D.E 20].

3.  Counsel for the parties are available March 23, 2015, to meet in Jacksonville, Florida, on all pending issues. Counsel do not have mutually available dates to meet prior March 23, 2015.

4.  Therefore, Counsel for Plaintiffs is requesting a brief extension of time until March 23, 2015, to allow the parties to prepare and meet in Jacksonville, Florida.

5.  This request is not for the purpose of delay, but rather seeks to increase efficiency for the parties and the Court.

## MEMORANDUM OF LAW

Rule 16 of the Federal Rules of Civil Procedure provides that once entered, the scheduling order "shall control the subsequent course of the action unless modified by a subsequent order . . . [and] "shall not be modified except upon a showing of good cause." Fed.R.Civ.P. 16(b)(e). Here, good cause exists to extend the time for counsel to meet and confer in person in a good faith effort to settle all pending issues, as counsel for the parties are not mutually available to conduct the conference in person prior to March 9, 2015, and have already determined that March 23, 2015, is a mutually available date.

**WHEREFORE,** for the reasons discussed above, Plaintiffs respectfully request this Court grant this Motion and extend the deadline for counsel to meet in person to confer on pending issues to March 23, 2015.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 3.01(g), the undersigned counsel for the Plaintiffs certify that she conferred with counsel for the Defendants in a good faith effort to resolve the issues raised by this Motion, and that the Defendants do not oppose the relief requested herein.

Respectfully submitted this 4th day of March, 2015.

    /s/ANGELI MURTHY
ANGELI MURTHY, ESQ.
FL Bar No.: 088758
MORGAN & MORGAN, P.A.
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Tel: 954-318-0268
Fax: 954-327-3016
E-Mail: **Amurthy@forthepeople.com**

*Trial Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.